**Order entered May 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00607-CV

### IN RE 462 THOMAS FAMILY PROPERTIES, LP, ET AL, Relators

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-00877-1**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion to stay the trial court's order pending determination of the

petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


        /s/     ROBERT M. FILLMORE
               JUSTICE